IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TRACY WRIGHT**                                                                                   **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 5:15-CV-116-KS-MTP**

**LINCOLN COUNTY SCHOOL DISTRICT**                              **DEFENDANT**

**ORDER**

On February 19, 2017, Plaintiff filed a Motion to Exclude [59] Defendant's expert, Dr. Wendell Helveston. Defendant shall respond on or before **March 6, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). If Plaintiff wants to file a reply, she may do so on or before **March 13, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the __22nd__ day of February, 2017.

                                                      s/Keith Starrett
                                                      UNITED STATES DISTRICT JUDGE